**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2021

**BY ECF AND EMAIL**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street New York, New York 10007

**Re: *United States v. Arthur Hayes et al.*, 20 Cr. 500 (JGK)**

Dear Judge Koeltl:

With this letter, the Government submits its previously filed October 22, 2021 letter motion for deadlines regarding a potential advice of counsel defense. At the request of the defendants, and with the consent of the Government, the Government is not submitting Exhibits C and D to the public docket.

The Government is available if the Court has any questions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Samuel Raymond
Jessica Greenwood
Thane Rehn
Assistant United States Attorneys
Southern District of New York
(212) 637-6519/1090

cc: Defense Counsel