

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2022

**BY ECF and EMAIL**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Gregory Dwyer*, 20 Cr. 500 (JGK)

    The Government and defense counsel respectfully submits this joint letter with respect to the trial schedule for the above-referenced defendant, per the Court's Order, Dkt. No. 223.

    The parties jointly request the following dates for motions and other submissions:

- Defendant's pre-trial motions due April 29, 2022;
- Government opposition to any such motions due May 27;
- Reply regarding pre-trial motions due June 10;
- Expert disclosures due July 1;
- Motions *in limine* and *Daubert* motions due July 15;
- Opposition to motions *in limine* and *Daubert* motions due August 5;
- Reply regarding motions *in limine* and *Daubert* motions due August 19;
- Request to charge/proposed *voir dire* due September 16.

The parties are available to answer any questions the Court may have.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _/s/_____
Samuel Raymond
Jessica Greenwood
Thane Rehn
Assistant United States Attorneys
(212) 637-6519/1090/2354

cc: Counsel for Greg Dwyer (via ECF)