UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

ARTHUR HAYES,
BENJAMIN DELO, and
SAMUEL REED,

Defendants.

20 Cr. 500 (JGK)

**THE GOVERNMENT'S PROPOSED *VOIR DIRE***

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Samuel L. Raymond
Jessica E. Greenwood
Thane Rehn
Assistant United States Attorneys
*Of Counsel*

The Government respectfully requests, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, that the Court include the following questions in its examination of prospective jurors. The Court is requested to pursue more detailed questioning at the sidebar or in the robing room if a prospective juror's answer reveals that further inquiry is appropriate and, in such an instance, to conclude with an inquiry as to whether the particular fact or circumstance would influence the prospective juror in favor of or against either the Government or the defendants.

**A. <u>The Charges</u>**

1. This is a criminal case. The defendants, ARTHUR HAYES, BENJAMIN DELO, and SAMUEL REED, have been charged in an Indictment (the "Indictment") with two counts: one count of violating the federal Bank Secrecy Act, and one count of conspiring to violate the Bank Secrecy Act.

2. The Indictment is not evidence itself. It simply contains the charges that the Government is required to prove to the satisfaction of the jury beyond a reasonable doubt. I would like to summarize the charges in this case in order to determine whether there is anything about the nature of this case that might make it difficult or inappropriate for any of you to serve on the jury.

3. The Indictment contains two counts that you are going to consider. Count One charges that from at least in or about September 2015, up to and including at least in or about September 2020, ARTHUR HAYES, BENJAMIN DELO, and SAMUEL REED, the defendants, caused a financial institution to violate the Bank Secrecy Act by failing to establish, implement, and maintain an anti-money laundering program. Count Two charges that from at least in or about September 2015, up to and including at least in or about September 2020,

ARTHUR HAYES, BENJAMIN DELO, and SAMUEL REED, the defendants, conspired to cause a financial institution to violate the Bank Secrecy Act.

4. Do any of you believe you have personal knowledge of the charges contained in the Indictment as I have described it?

5. Does any juror have any personal knowledge of the charges in the Indictment in this case? Has any juror read or heard anything about this case? If so, is there anything such a juror has read or heard that would cause him or her to feel that he or she cannot decide the fact issues of this case fairly and impartially?

6. Do any of you feel that you have strong policy views on the crimes charged in the Indictment that would make it difficult for you to follow my instructions on the law and to base your verdict solely on the evidence in this case?

**B. <u>Knowledge of the Trial Participants</u>**

7. The defendants in this case are ARTHUR HAYES [*please ask HAYES to rise*], BENJAMIN DELO [*please ask DELO to rise*], and SAMUEL REED [*please ask REED to rise*.] Do any of you know, or have you had any dealings, directly or indirectly, with either of the defendants, or with any relative, friend or associate of either of the defendants?

8. To your knowledge, do any of your relatives, friends, associates, or employers know either of the defendants?

9. This case involves a company called HDR Global Trading Limited, also known as BitMEX, which is a cryptocurrency exchange owned by the defendants. Are any of you familiar with, or have you had any deadlines, directly or indirectly, with BitMEX or its affiliates, including 100x Holding Limited, ABS Global Trading Limited, Shine Effort Inc. Limited, and HDR Global Services (Bermuda) Limited?

10. ARTHUR HAYES is represented today by James Benjamin, Katherine Goldstein, and Peter Altman. BENJAMIN DELO is represented by Patrick Smith, Harlan Levy, and Andrew Rodgers. SAMUEL REED is represented by Benjamin Naftalis, Douglas Yatter, and Jack McNeily. Do any of you know any of these attorneys? Have you or your family members or close friends had any dealings either directly or indirectly with these attorneys?

11. The Government is represented here, as in all cases where it is a party before this Court, by the United States Attorney for the Southern District of New York, who is Damian Williams. The conduct of the trial will be in the immediate charge of Assistant United States Attorneys Samuel Raymond, Jessica Greenwood, and Thane Rehn. [*Please ask the Assistants to stand*.] Do any of you know Mr. Williams, Mr. Raymond, Ms. Greenwood, or Mr. Rehn? Have you or your family members or close friends had any dealings either directly or indirectly with them?

12. Assisting the Assistant United States Attorneys in this case will be Elizabeth Kudirka and Kerry Conroy, Special Agents with the Federal Bureau of Investigation, and Karline Jung, a paralegal in the United States Attorney's Office. [*Please ask to stand*.] Do any of you know Special Agents Kudirka, Conroy, or the Ms. Jung? Have you or your family members or close friends had any dealings either directly or indirectly with these agents or the paralegal?

13. Have you or your family members or close friends had any dealings either directly or indirectly with the United States Attorney's Office? The Federal Bureau of Investigation?

14. I will now read a list of names of individuals whose names may be mentioned during the trial, or who may be witnesses in this case:

[*The parties will submit a list of names and/or entities prior to trial*]

Do any of you know any of these people? Have you had any dealings either directly or indirectly with any of these individuals? To your knowledge, have your relatives, friends, associates, employers or employees had any dealings with any of these individuals?

**C. <u>Relationship with Government</u>**

15. Do any of you know, or have any association – professional, business, or social, direct or indirect – with any member of the staff of the United States Attorney's Office for the Southern District of New York? The Federal Bureau of Investigation? Is any member of your family employed by any law enforcement agency, whether federal, state, or local?

16. Have any of you, either through any experience you have had or anything you have seen or read, developed any bias, prejudice or other feelings for or against the United States Attorney's Office? For or against the Federal Bureau of Investigation? For or against the any other law enforcement agency?

17. Have you, or has any member of your family, either as an individual, or in the course of business, ever been a party to any legal action or dispute with the United States, or with any of the officers, departments, agencies, or employees of the United States, including the Internal Revenue Service? Have any of you had any legal, financial, or other interest in any such legal action or dispute, or its outcome? Have any of you, or a member of your family, ever had such a dispute concerning payment of money owed to you by the government?

18. Have you ever, at any time, served as a member of a grand jury, whether in federal, state, county or city court? If so, when and where did you serve? If so, were you the foreperson?

19. Have you ever served as a juror in any court? If so, when, and in what court did you serve, and was it a civil or criminal case? What was the nature of the case? Without saying what it was, did the jury reach a verdict? Did you think the outcome was fair?

**D. <u>Relationship with CFTC</u>**

20. Do any of you know, or have any association – professional, business, or social, direct or indirect – with the Commodity Futures Trading Commission, commonly called the CFTC, or with any member of the staff of the CFTC?

21. Have any of you, either through any experience you have had or anything you have seen or read, developed any bias, prejudice or other feelings for or against the CFTC? For or against any other government agency?

**E. <u>Experience as a Witness, Defendant, or Crime Victim</u>**

22. Have any of you, or any of your relatives or close friends, ever been involved or appeared as a witness in any investigation by a federal or state grand jury, or by a Congressional or state legislative committee, licensing authority, or governmental agency? Have you, or anyone close to you, ever been questioned in any matter by a federal, state, or local law enforcement agency?

23. Have you ever been a witness or a complainant in any federal or state prosecution?

24. Are you, or is any member of your family, now under subpoena or, to your knowledge, about to be subpoenaed in any criminal case?

25. Have you, or has any member of your family, any associate or close friend, ever been charged with a crime? What crime? Do you believe that those charges were fairly brought?

26. Have you, or have any of your relatives, associates, or close friends ever been the subject of any investigation or accusation by any federal or state grand jury, or by a Congressional committee?

27. Have you, or any of your close friends or relatives, ever been stopped or questioned by any member of the Federal Bureau of Investigation? [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at the bench or in the robing room, into the circumstances of each incident and that prospective juror's reaction to how he or she was treated by the law enforcement officers*.]

### F. Ability to Render a Fair and Impartial Verdict

28. As you can tell, during the trial you will hear evidence concerning application of the federal anti-money laundering laws to a cryptocurrency exchange. Does the fact that the charges relate to such an institution affect your ability to render a fair verdict?

29. This case involves allegations that the defendants operated a cryptocurrency exchange without anti-money laundering controls or know your customer policies, in violation of the Bank Secrecy Act. Do you have any strong views about the Bank Secrecy Act, or anti-money laundering regulations and know your customer regulations more generally, that would affect your ability to render a fair verdict?

30. Have you or anyone close to you ever been involved in a situation relating to a dispute in which a party was the victim of a financial crime or identity theft? Did the person who committed that crime then transfer the money through a financial institution?

31. Have you, or any relative or close friends, ever worked at a cryptocurrency company, bank, casino or other financial institution? Have you, or any relative or close friends, ever worked in the compliance section of such a company?

32. Have you ever heard of cryptocurrencies like Bitcoin or Ethereum?

33. Have you, or any relatives or close friends, ever bought or traded cryptocurrencies like Bitcoin, Ethereum, or others? Do you have any strong views about cryptocurrencies that might affect your ability to render a fair verdict?

34. Have you, or any relatives or close friends, ever traded derivative products, like futures, swaps, or options?

**G. WITNESSES & EVIDENCE**

35. The witnesses in this case may include law enforcement personnel. Would you be more likely to believe or disbelieve a witness merely because he or she is a law enforcement officer? Can each of you agree to consider testimony from such witnesses fairly and impartially?

36. Does anyone have any personal feelings or experiences concerning law enforcement that would in any way affect his or her ability to be fair and impartial in this case?

37. Some of the witnesses called by the Government may have been involved in some of the crimes charged in the indictment. These witnesses are working with the Government in exchange for certain benefits. There is nothing unlawful about the Government's use of such witnesses. Do any of you have problems with this type of witness such that you may be unable to be fair and impartial? Would you have any bias for or against the Government because of testimony obtained in this manner? I will also instruct you that it is no concern of yours why the Government has chosen to enter into agreements with these witnesses, and you are not to speculate about the reasons. Would you have any difficulty following my instructions on the law in this regard?

### H. <u>Other Questions</u>

38. Do any of you have problems with your hearing or vision that would prevent you from giving full attention to all of the evidence at this trial?

39. Are any of you taking any medication, or do any of you have any medical condition, that would prevent you from giving full attention to all of the evidence at this trial?

40. Do any of you have any difficulty in reading or understanding English?

41. Do any of you have any religious, philosophical or other beliefs that would make you unable to render a guilty verdict in this criminal case?

42. You may hear testimony in this case by expert witnesses. Let me advise you that the use of expert testimony is proper in the context of this case. Has any juror had any experiences with experts or do you have any general feelings about the use of experts that would make it difficult for you to render a wholly fair and impartial verdict?

### I. <u>Function of the Court and Jury</u>

43. The function of the jury is to decide questions of fact. You are the sole judge of the facts and nothing that the Court or the lawyers say or do may encroach in any way on your role as the exclusive fact-finder. When it comes to the law, however, you are to take your instructions from the Court, and you are bound by those instructions. You may not substitute your own notions of what the law is, or what you think it should be. At the conclusion of the case, your job will be to determine whether or not the defendants are guilty as charged in the Indictment. Does any juror have any bias or prejudice, or any philosophical or religious belief, that might prevent or hinder him or her from accepting the instructions of law that I will give you in this case?

44. Will each of you accept the proposition that the question of punishment is for the Court alone to decide, and that the question of possible punishment must not enter into your deliberations as to whether the defendants are guilty of the crime charged?

45. Will each of you accept the proposition of law that sympathy or empathy must not enter into the deliberations of the jurors as to whether the defendants are guilty, and that only the evidence produced here in Court may be used by you to determine whether the defendants are guilty or not guilty of the crime charged?

46. It is not a particularly pleasant duty to find a person guilty of committing a crime. Is there any juror who feels that even if the evidence established a defendant's guilt beyond a reasonable doubt, he or she might not be able to render a guilty verdict for reasons unrelated to the law and the evidence?

### J. Other Biases

47. In these questions, I have tried to direct your attention to possible reasons why you might not be able to sit as a fair and impartial juror. Apart from any prior question, does any juror have the slightest doubt in his or her mind, for any reason whatsoever, that he or she will not be able to serve conscientiously, fairly, and impartially in this case, and to render a true and just verdict without fear, favor, sympathy, bias, or prejudice – and according to the law as it will be explained to you?

### K. Juror's Background

48. The Government respectfully requests that the Court ask each juror to state the following information:

i. the juror's age;
ii. the area in which the juror resides and any other area the juror has resided during the last ten years;
iii. where the juror was born;

iv. the juror's educational background, including the highest degree obtained;
v. whether the juror has served in the military;
vi. the juror's occupation;
vii. the name and location of the juror's employer, and the period of employment with that employer;
viii. the same information concerning other employment within the last five years;
ix. the same information with respect to the juror's spouse and any working children;
x. what newspapers and magazines the juror reads and how often;
xi. what television programs the juror regularly watches;
xii. whether the juror watches "Law and Order," "CSI," or other police dramas; and
xiii. the juror's hobbies, and leisure-time activities and organizations

## L. Requested Instruction Following Impaneling of the Jury

49. From this point until the time when you retire to deliberate your verdict, it is your duty not to discuss this case, and not to remain in the presence of other persons who may be discussing this case. The rule about not discussing the case with others includes discussions even with members of your own family, and your friends.

50. If at any time during the course of the trial, any person attempts to talk to you or to communicate with you about this case, either in or out of the courthouse, you should immediately report such an attempt to me through my deputy clerk. In this regard, let me explain to you that the attorneys and the defendants in a case are not supposed to talk to jurors, not even to offer a friendly greeting. So, if you happen to see any of them outside this courtroom, they will, and should, ignore you. Please do not take offense. They will be acting properly by doing so.

**M. <u>Additional Government Requests</u>**

51. Does anyone have any expectations about the types of evidence that the Government should or will present in this criminal trial, or in a criminal trial more generally?

52. Would any of you be unable to follow the judge's instructions that the Government is not required to use any particular investigating technique in presenting evidence of a crime?

Dated: New York, New York
February 11, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s Thane Rehn
Samuel L. Raymond
Jessica E. Greenwood
Thane Rehn
Assistant United States Attorneys
(212) 637-6519/ 1090 / 2354