# EXHIBIT A



**Akin Gump**

STRAUSS HAUER & FELD LLP

**PETER I. ALTMAN**
+1 310.728.3085/fax: +1 310.229.1001
paltman@akingump.com

April 19, 2021

VIA OVERNIGHT MAIL

Lea M. Harmon
U.S. Pretrial Services Officer Team Leader
of the Bail Investigations Unit
500 Pearl Street, Rm. 550
New York, NY  10007

   Re:  United States v. Arthur Hayes, et al., 20 Cr. 500 (JGK) (SDNY)

Dear Ms. Harmon:

   Enclosed herewith is a copy of Arthur Hayes's Hong Kong Permanent Identity Card. This is being provided at the request of AUSA Jessica Greenwood in reference to the above captioned case.

        Sincerely,

        Peter I. Altman

Enclosure

cc:  James J. Benjamin, Jr., Esq.
   Katherine Goldstein, Esq.
   AUSA Jessica Greenwood
   AUSA Samuel Raymond