# Exhibit A



October 24th, 2022

Dear Judge Koeltl,

Thank you for the opportunity to provide a letter ███████████████ Greg Dwyer. ███ ████████████████████████████████████████████ I hope this letter helps to get to know Greg in a manner outside of this case.

I currently work with ██████████████████████████████ ████████████████████████████ and I first met Greg ████████████████████████████ It was an extremely competitive industry at one of the top banks to work for. ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████

A year later, ████████████████████ as he had just been hired as a select few graduates and I could instantly tell that he was extremely motivated, ambitious, and dedicated to building a career within the investment banking industry. I would notice that he was often one of the earliest to enter the office and would be one of the last ones to leave, often working past midnight. Everyone in the office admired Greg and recognized him as an extremely diligent, ambitious, and friendly person. For overseas colleagues that would come to Singapore, they would often confuse Greg as being an associate or vice president rather than a first-year graduate analyst given his maturity and professionalism. As a result, his boss would often take him on client meetings and let him present, a privilege usually given to associates and above.

████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████ Greg showed that he was reliable and always concerned about the wellbeing of those around him. He constantly would come to someone's aid, or stand up for a friend and it would always be comforting to know that he was around, as usually the most sober person, who ensured everyone got home safe after a night out.

████████████████████████████████████████████





Thank you for your time in reading this letter about my knowledge and experience of Greg.

Respectfully,

# Exhibit B



18/10/22

Dear Judge Koeltl,

My name is Phillip Keith Dwyer, and I am Gregory Dwyer's father. I am writing to provide you with some information about Gregory's upbringing and character that may be pertinent to your deliberations.

To put this in context I should start with my own father, a grandson of Irish immigrants, who as a young doctor in about 1920, at the time of the Spanish flu pandemic, moved from Sydney to commence family practice as one of the first doctors on the Central Coast of New South Wales, about 60-70 km north of Sydney. He was 2 generations older than me, his first wife having died at quite a young age. His two sons by his first marriage both became doctors, one of them an orthopaedic surgeon, whose pioneering work in spinal surgery received world recognition; the other joined his family practice as a partner. His daughter was a lecturer in history at the University of Sydney where she met her husband who became a prominent ophthalmic surgeon. My family were devout Catholics who practised their faith through a commitment of service to others, and it was impossible not to absorb the high moral and ethical values, as well as the importance placed on education, which were an integral part of what bound the family together. My father continually carried enormous bad debts in the service of his patients. His practice was attached to the house and so I grew up steeped in a medical tradition. He died when I was only 17 years old, so Gregory experienced his history through me. I know he always enjoyed hearing the tales of how some patients had very few resources, so they paid my father with a fish they had caught that morning or a bag of oranges from their tree in the backyard.

I completed high school at a Jesuit college in Sydney and then went on to graduate with Honours in Medicine at Sydney University. Through a series of circumstances, I now find myself practising as a specialist dermatologist in the town in which my father practised and in which my early years were spent. I often come across elderly patients who remember him, and I have become much more aware, now in my later years, of the enormous respect with which he was held, both as a doctor and as a public benefactor in the growing town of Gosford. He served on the local Council, gave generously to help set up various sporting and community organizations and infrastructure, and instigated several community projects with his close friends. No doubt he was influenced by his own parents, especially his mother, who was a champion of the rights of workers and a leading figure in the women's suffragette movement which successfully campaigned to make Australia one of the first nations to award voting rights to women.

Gregory's mother was a highly qualified registered nurse who had obtained certificates in three separate areas of nursing. Her early career before I met her spanned several roles, including working at one of the busiest emergency departments in Sydney, and, most notably, spending over a year working in remote indigenous communities in central Australia in association with the Royal Flying Doctor Service. This was a position of huge responsibility as she often had to make important medical decisions with only a radio connection to medical

1

staff. She was an extremely capable woman of great courage with an exceptional commitment to the service of the less fortunate.

It was into this family background that Gregory was born. He was our second child, ███ ████████████████████████████████████████████ He was a quiet, thoughtful boy, a delight to be with, and never caused any problems for me or his mother. He was academically gifted, conscientious, studious, and obedient. Gregory would throw himself completely into tasks and projects, showing an aptitude for hard work from quite early in childhood. He always displayed great respect for his parents and teachers. He mixed with like-minded friends and excelled in his studies at primary school and later at St Ignatius College in Sydney where he attended for his secondary schooling and was usually placed at the top of his class or close to it for most of his subjects. He was an active participant in extracurricular activities, particularly in the sports of Australian rugby, soccer, and rowing; his performance in these sports was always of a high standard. He also excelled in chess, becoming chess champion at school, and computing, building his own computers and websites in his early teens.

His mother and I were part of a group of Ignatian parents who regularly supplied food and our time on Saturday evenings at a volunteer "café" in inner Sydney to feed some of the homeless people in that area. Places were limited but sometimes one or two students would join us. Gregory attended on several occasions, and I was impressed by his gentle compassion towards those who came along for a free delicious and wholesome meal. He would sit down with them and engage them in conversation, listening attentively and respectfully. He eagerly helped the adults with the serving of the food and the clean up afterwards. He had absorbed the Ignatian spirit. In addition, while still a student, Gregory completed the Gold Duke of Edinburgh Award, which included approximately 18 months of voluntary service helping elderly and disabled communities throughout Sydney.

At Sydney University, he continued with his usual diligent attention to his studies in Commerce and Financial Mathematics. He had always been a gifted mathematician and he graduated in 2008 as a Bachelor of Science (Financial Mathematics and Statistics) and a Bachelor of Commerce (Mathematical Finance and Econometrics) with First Class honours (Finance).

Because he was undertaking a double degree, Gregory had 8-hour days of classes, but still managed to earn some money for his living expenses by working night shifts across several jobs, including washing dishes for a number of restaurants. He made a number of good friends at university, however, tragedy struck when a very close friend was killed in a car accident. His studies suffered as a result. Playing video games had always been a passion of his, and so he distracted himself from his shock and grief by engrossing himself in a particular game at a video game arcade. As with all things, he excelled, with challengers lining up outside the arcade to play him and, I am told, ending up ranking first in Australia at that game. He went on to found a university video game club in honour of his friend. During this time he failed several subjects. His mother and I were disappointed with his results, although sympathetic; however, with encouragement he regained his focus on studies and thereafter often achieved first or second place in many of his subjects throughout the rest of his academic career. As a result of that, he was invited to become a lecturer and head tutor in several subjects and acted as a research assistant to the Dean of Finance at the time; he was one of the youngest ever to do so, as he was still an undergraduate student. I remember that

2

he put enormous effort into teaching over 5 years, and apparently many of his classes became oversubscribed as his reputation as a teacher grew. The pay was quite modest, so he told me, and the preparation was very time consuming; but I know he loved to teach and to mentor, and he generously gave back a lot of his time to the students.

In his final year of university, he received a scholarship to undertake an additional year of Honours studies. He took an unconventional approach: rather than pursuing a suggested data hypothesis study, he set himself the challenge of proving, mathematically, informational advantages and disadvantages to financial market traders. For this thesis he was award first class honours, but was disappointed to just miss out on gaining the University Medal. He was, however, invited to pursue a PhD but decided to start his career in finance instead.

In spite of these academic achievements, he found it extremely difficult to apply for internships during his later years at university. The failures in those early subjects resulted in automatic rejections. It was only through networking and recommendations that he was given an opportunity to intern with Deutsche Bank in Singapore where he excelled and, out of a large number of candidates, was one of the few who were offered a full-time graduate role.

Gregory was blessed to have a happy childhood, and we were a close family; the three children formed very strong bonds which I know will endure throughout their lives. However, his life continued to challenge him with its share of setbacks. When he was six years old the family moved to Glasgow for two years for me to pursue some of my post-graduate studies in Dermatology. We all shared many happy times there, but it was a disruptive event for a young child, as it meant leaving our home and adjusting to a place with different customs, different surroundings, and a different climate. For the children it meant leaving their primary school and their friends, as well as their grandparents, behind; and starting at a new school and making new friends. At the age of six, █████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████

Having my income reduced to that of a trainee doctor meant that for several years, in Glasgow and then back in Sydney, I needed to work extensively after hours to maintain an adequate living standard for the family. Gregory now tells me that this example of hard work in pursuit of a goal (an example set, I fully admit, through necessity rather than virtue) was a very great influence on his approach to his studies and his work life. I am very proud of the fact that he is one of the hardest working members of his generation that I know.

At the end of 2007, ████████████████████████████████████████████████ ████████████████████████████████████ This was clearly a stressful event for the whole family, and I know that Gregory took it particularly hard. ████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████

Gregory left Australia in 2008 to take up a position with Deutsche Bank, starting in Singapore and later in Hong Kong. His mother and I, as well as his siblings, all missed him terribly and we all did our best to keep in touch. I know that it was difficult for him to be away from the family, ████████████████████████████████████████████████ ████████████████████████████████████ his siblings and I travelled together to Singapore to

3

let him know in person, rather than simply by phone; and we all joined him again, in Hong Kong, after her death. Such is our love for him. It was especially difficult for him when his mother entered palliative care in 2011 for the last month of her life. On several occasions he obtained leave from the bank to fly from Hong Kong to be at her bedside. At his final visit he managed to arrive just in time to see her before she died. I know that these years have taken their toll on him.

██████████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████

I have always been so very proud of Gregory. Since his early childhood he has been, to his mother and me, our pride and joy. I am grateful that his mother lived long enough to see him graduate from university and I know, because she told me many times in her last months, that it was an enormous comfort to her that he and his siblings had all grown up to be such fine, upstanding, hard-working young people who had attained such high achievements. I am especially proud of the way in which he has applied himself so diligently to make the best use of his gifts, and of the high moral standards he has always demonstrated. He is a credit to his immediate family, and also to the extended Dwyer family who all hold him in high esteem. I know that he strives to do the right thing and to make his family proud, and that he would never risk tarnishing the family name. I have never had reason to doubt his honesty and integrity nor ever known him intentionally to do anything that he knew to be seriously wrong.

He is steadfastly loyal to ████████████████ and he is the most generous son to me and brother to his siblings. He has often showered us with thoughtful expensive gifts for our birthdays and Christmas for many years. He has frequently offered to pay for our air tickets so that we could visit ██████████████████ We all try to see each other as often as we can.

I am proud that Gregory has achieved so much in his career with BitMEX, and I am aware of the extremely long hours and hard work he has dedicated to his position. ████████████ ██████████████████████████████████████████████████ ████████████████████

One of his most admirable qualities is his resilience in the face of obstacles and hardships. He kept his life on track despite the crushing blow of losing his mother prematurely. He has ██████████████████████████████████████████ The stress of his recent legal problems would be enough to dishearten most people. It has come as a great shock to his family and to all who know him, but he has faced the situation with tremendous patience and courage. A father can wish for nothing more than to live to see his son truly become a man.

I know that Gregory's life is still in its early stages. He has a long road ahead of him, and I have absolute confidence that he has the ability and the will to spend the rest of his life using

his formidable talents to do the best he can to contribute to society and to ensure that ▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I humbly request that you take Gregory's background and character into consideration as you formulate the sentence he is to receive.

Respectfully

*Phillip Dwyer*

Phillip Dwyer (Oct 25, 2022 05:00 GMT+11)

Phillip Keith Dwyer

# Exhibit C

Mark Zagora
Sydney
New South Wales
Australia

October 18, 2022

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Koeltl,

My name is Mark Zagora and I am the owner of a proprietary trading firm active in the digital-asset markets. I first met Greg Dwyer in May 2017 when he was serving as head of business development at BitMEX as my firm was looking to start trading digital assets. Having a background in traditional finance, we were very impressed with how professional and innovative BitMEX was.

At that time, Bitcoin was in the middle of a boom and there were a lot of exchanges starting up. With there being very little clarity on the rules and investor protections in this new space, there were also a lot of nefarious actors to dodge when choosing which venues to trade on.

Greg, as the main point of contact at BitMEX for trading firms like mine, was regarded as one of the most trustworthy and reliable people in the industry. Indeed, Greg's expertise and professionalism meant that reputable trading firms from traditional finance chose to deposit their funds and trade on BitMEX as opposed to the other exchanges. I think the trust that traders had in Greg and the team he led was a large reason for BitMEX's remarkable commercial success.

As a fellow Australian, I was fortunate to also get to know Greg on a personal level as he would often return to Australia ████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████

I know that Greg has a lot to offer both society ███████████ and that he has paid a considerable price during his experience with the criminal justice system. I admire his taking responsibility for his actions - something that is unfortunately all too uncommon - and hope that others see all that he has accomplished beyond the mistakes he and others made at the company where he worked. I am confident that, with this matter one day behind him, he will go on to make additional and significant positive contributions to his family and our society.

Yours sincerely,

Mark Zagora

# Exhibit D

Andrew Rizkalla
Toronto, Canada

October 11, 2022

Dear Judge Koeltl,

I'm writing to share my perspective on Greg Dwyer ahead of his sentencing, to tell you a little bit about the person I have known for well over a decade.

I met Greg when we were both aspiring junior traders at Deutsche Bank in Hong Kong. The trading floor at that time was a place of immense excitement, filled with talent and ambition. Even still I distinctly remember Greg standing out from the other juniors on the floor. He wasn't afraid to ask questions, take on more than his share of responsibility, and take initiative on new projects all the while being a very likable character in an environment that included some difficult and strong personalities.

Although we didn't overlap for too long at Deutsche Bank, I kept in touch with Greg for many years after we had both left Hong Kong. We were both trying to find our way in the cryptocurrency industry on opposite parts of the world.

Greg ultimately went to work at BitMEX, and I came to see first-hand the enormous contributions he made to a growing company in a nascent industry.  Greg and I connected often during his first few years building the business and he was always energized and excited despite the massive workload he was shouldering.  In fact, Greg's enthusiasm for the work he was doing was so infectious that I eventually agreed to come work with him at BitMEX in Bermuda.

The three years I spent in Bermuda (of which about half was spent working for him) allowed me to get to know Greg even better. I remember just a couple of days after I landed, I found the car I would need to get around but I still hadn't received any pay on the island. I half-jokingly asked him if he would lend me $25,000 to pay for it. Greg didn't hesitate to lend me the money and help me land on my feet.

Greg's work ethic from inside the company was even more impressive than what I had seen from outside. He pushed us to bring our very best selves to our work every day, and he led by example in both the quality (and quantity) of his work. Greg would always challenge every last detail: What can we be doing better? What are our competitors doing better than us? What can we do to make sure our customers are getting all of their needs met? I learned a lot from him and his leadership was a big reason I look back at my time at BitMEX so fondly.

Given Bermuda is a very small place, Greg and I wound up spending many of our hours outside of work together as well. I also got to see more of ███████████ as we spent a lot of time together through the pandemic.

1

The contrast initially struck me, as Greg is all business in the office. ███████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ It was a pleasure attending █████████████ birthdays, and celebrations together over the years (especially since Greg would often treat us with steaks cooked to perfection thanks to his world-class skills on the grill). The friendship we built outside the office really helped make Bermuda feel like a home rather than just a place I worked as an expat.

Hopefully the above has helped to shed a bit more light on the person behind this case.  Greg has been a great professional mentor and an even better friend to me over the years. While we all wish his tenure at BitMEX went differently, it is patently obvious to all of who know Greg that he poured his heart and soul into his work and played an outsized role in the company's success. I believe it would be a waste of immense talent if he is delayed from doing the same wherever his professional career takes him next.

I hope you'll consider the above when sentencing my friend, Greg, and I truly appreciate your taking the time to read this letter.

Respectfully,

*Andrew Rizkalla*

Andrew Rizkalla

# Exhibit E

October 22, 2022

Philippe Bekhazi
Hamilton, Bermuda

Dear Judge Koeltl,

I am an entrepreneur who has worked in the digital-asset space since 2015.  I currently run two regulated digital-asset companies in Bermuda.  I'm writing to you in support of my friend, Greg Dwyer, to give you a picture of the good and decent man I know him to be.

I first met Greg in 2015, when he had just started working for BitMEX.  At the time, it was a small platform with very little trading volume.  Later, I moved to Bermuda around the same time that Greg was relocated there for his work with BitMEX.  By living near Greg and operating in the same small but vibrant digital-asset ecosystem in Bermuda, I have come to know Greg quite well.

Greg has always struck me as someone unusually smart, creative, conscientious, and prudent in the way he conducts himself and his professional affairs.  ██████████████████████ ████████████████████████████████████████████████████████████████ ███████████ I have reached a point where I believe I can trust Greg's judgment blindly, and so I am confident that any of his past mistakes are ones he would never repeat.  And I know, as his friend, that he certainly regrets them.  ████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████

Greg is also a person of incredible generosity, providing his scarce time and other resources to friends, junior colleagues, and others who have come to rely on his good judgment and sage advice.  He also seems to have an acute notion of fairness and social obligation.  I know I am not Greg's only friend or professional acquaintance who cannot imagine Greg knowingly do the wrong thing.  For those of us who know him, it goes without saying that Greg is eager to resolve this matter, take responsibility for his past actions, and focus again on ████████ and career that he was worked so hard to build and sustain.

I want to thank you, Judge Koetl, for taking the time to read my perspective on Greg.

Respectfully,

Philippe Bekhazi

# Exhibit F

Robert Paterson
Berlin, Germany

October 26, 2022

Dear Judge Koeltl,

I have known Greg Dwyer since December 2017, when he interviewed me for a job on his customer support team at BitMEX.  At the time, it was hard to see exactly where the industry was going.  And as a graduate of the University of Otago's law school in my native New Zealand, it was hard to decide whether to leave a traditional career path for a job in a new and growing field.

But I knew from our first interaction that I wanted to work for Greg.  He took a genuine interest in my education and background.  Despite not knowing me as anyone other than one of presumably many of his job applicants, Greg genuinely wanted to ensure that my own career goals and aspirations would be satisfied by what could be offered at BitMEX.  Greg's empathy and concern for essentially a stranger's wellbeing was striking, and extremely reassuring, as I pondered a daunting career move.

It was ultimately an easy decision to go work for Greg, and I wound up staying at BitMEX for roughly three years—from 2018 to 2021—before taking a recent opportunity in Germany.  I look back fondly on these three years working for Greg.  After a year on the customer support team, Greg saw additional potential in me.  He offered me a role in a "graduate program" which was meant to mirror what happened at the traditional banks for younger employees that the company wanted to train for future leadership positions. Greg spent months, and countless hours, planning and perfecting this training and mentoring program. Greg's program exposed us to all corners of BitMEX, and to many world-class external consultants.  Through Greg's planning and vision, the BitMEX graduate program took us all over the world—it was truly a life-changing experience. I can say with confidence that my life and career would not be what it is today without Greg's commitment to the junior staff at BitMEX.

Greg Dwyer is a thoughtful and caring man. I know he will continue to give and improve the lives of others the way he did to mine.

Thank you for taking the time to consider my perspective.


Respectfully,

*Robert E Paterson*
Robert E Paterson (Oct 26, 2022 20:00 GMT+2)

Robert Paterson